# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 15 B 03414 |
| | ) | |
| MESHA E. WARE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## NOTICE OF FILING OF OBJECTION OF SANTANDER CONSUMER USA INC. TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

VIA ELECTRONIC NOTICE:

To:  Marilyn O. Marshall (Trustee)    Jaime A. Torres, Esq. (Debtor's Counsel)
     224 South Michigan Avenue, Suite 800    Robert J. Semrad & Associates, LLC
     Chicago, Illinois 60604    20 South Clark Street, 28th Floor
                                Chicago, Illinois 60603

VIA U.S. MAIL:

To:  Mesha E. Ware (Debtor)
     9905 South Parnell
     Chicago, Illinois 60628

Please take notice that on the 11th day of May, 2015 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, in Courtroom 613 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached *Objection of Santander Consumer USA Inc. to Confirmation of Debtor's Proposed Chapter 13 Plan,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,

SANTANDER CONSUMER USA INC.,

Creditor,

By:  _____/s/ Cari A. Kauffman_____
         One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

     The undersigned, an attorney, hereby certifies that I served the above and foregoing Notice and Objection upon the above-named persons by electronic filing or, as noted above, by placing same in a sealed envelope addressed as aforesaid, with proper postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 19th day of March, 2015, before the hour of 5:00 p.m.

                                                            _____/s/ Cari A. Kauffman_____